IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| CHRISTOPHER RAY SHAW | ) | CASE NO. 4-09-30770-EWH |
| BROOKE JOEL SHAW | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | Qwest Corporation<br>1801 California St. Rm 900<br>Attn: Bankruptcy<br>Denver, CO 80202 | $118.21 | $0.38 |
| 2 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $879.60 | $2.85 |
| 3 | SALT RIVER PROJECT<br>PO BOX 2950<br>Phoenix AZ 85062-2950 | $519.51 | $1.69 |
| 6 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Sam's Club<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | $1,305.80 | $4.24 |

Dated: October 11, 2010 /s/ SJK_____
Stanley J. Kartchner, Trustee